PROB 12C
(6/16)

Report Date:  February 14, 2019

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

## Feb 14, 2019

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Thomas Jim Shippentower          Case Number: 0980 2:17CR00047-SAB-1

Address of Offender:                     Pullman, Washington 99163

Name of Sentencing Judicial Officer:  The Honorable Stanley A. Bastian, U.S. District Judge

Date of Original Sentence: September 14, 2017

| | |
|---|---|
| Original Offense: | Failure to Register as a Sex Offender, 18 U.S.C. § 2250(a) |
| Original Sentence: | Prison - 24 months       Type of Supervision: Supervised Release<br>TSR - 60 months |
| Asst. U.S. Attorney: | Patrick Cashman       Date Supervision Commenced: January 31, 2019 |
| Defense Attorney: | John Stephen Roberts, Jr.       Date Supervision Expires: January 30, 2024 |

## PETITIONING THE COURT

To issue a warrant.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition # 2**: After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when to report to the probation officer, and you must report to the probation officer as instructed.<br><br>**Supporting Evidence**: Thomas Shippentower failed to report as directed on February 13, 2019.<br><br>Mr. Shippentower was directed to report at 1:00 p.m. on February 13, 2019, to the U.S. Probation Office in Yakima, Washington, by supervisory U.S. probation officer (SUSPO) Vargas.  Mr. Shippentower failed to report on that date.  As of the date of this report, Mr. Shippentower has not reported to the Spokane or Yakima U.S. Probation Office, and his whereabouts are unknown.  It should be noted that Mr. Shippentower called SUSPO Vargas at 2:20 a.m. on February 13, 2019, to advise that he was in Wapato, Washington, and would report to the probation office as directed.<br><br>On January 31, 2019, Thomas Shippentower signed his judgment for case number 2:17CR00047-SAB-1, indicating he understood all conditions ordered by the Court. Specifically, Mr. Shippentower was made aware by his U.S. probation officer that he must report as directed. |

Prob12C
**Re: Shippentower, Thomas Jim**
**February 14, 2019**
**Page 2**

2        <u>**Standard Condition # 5**</u>: You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 calendar days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.

<u>**Supporting Evidence**</u>: Thomas Shippentower has not lived at a place approved by his U.S. probation officer and has failed to report a valid change of address since on or about February 11, 2019.

On February 11, 2019, the undersigned officer spoke with Mr. Shippentower. He stated that he and his girlfriend had gotten into a fight and he was going to move in with his brother in Toppenish, Washington. Mr. Shippentower stated he will register the new address with the Yakima County Sheriff's Office and report in person to the U.S. Probation Office in Yakima.

SUSPO Vargas spoke with Mr. Shippentower's brother on February 13, 2019. He stated that he had not heard from Mr. Shippentower since February 12, 2019. He stated that Thomas Shippentower had not moved in with him as indicated to his supervising U.S. probation officer.

Thomas Shippentower has failed to report any changes in address to the undersigned officer. Mr. Shippentower's whereabouts are currently unknown. Numerous attempts to contact the offender have gone unreturned. The undersigned officer verified with the Whitman County Sheriff's Office that Mr. Shippentower had not registered a new address in Yakima County as of February 14, 2019.

On January 31, 2019, Thomas Shippentower signed his judgment for case number 2:17CR00047-SAB-1, indicating he understood all conditions ordered by the Court. Specifically, Mr. Shippentower was made aware by his U.S. probation officer that he must live a place approved by his U.S. probation officer and must report any change of address to his assigned U.S. probation officer.

3        <u>**Special Condition # 5**</u>: You must not enter into or remain in any establishment where alcohol is the primary item of sale. You must abstain from alcohol and must submit to urinalysis and Breathalyzer testing as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance.

<u>**Supporting Evidence**</u>: Thomas Shippentower consumed alcohol on or about February 10, 2019.

SUSPO Vargas spoke with Mr. Shippentower on February 12, 2019. During that conversation, Mr. Shippentower stated that he had consumed alcohol on February 10, 2019.

On January 31, 2019, Thomas Shippentower signed his judgment for case number 2:17CR00047-SAB-1, indicating he understood all conditions ordered by the Court. Specifically, Mr. Shippentower was made aware by his U.S. probation officer that he must not consume alcohol.

**Prob12C**
**Re: Shippentower, Thomas Jim**
**February 14, 2019**
**Page 3**

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    2/14/2019

s/Patrick J. Dennis

Patrick J. Dennis
U.S. Probation Officer

THE COURT ORDERS

[  ]    No Action
[X]    The Issuance of a Warrant
[  ]    The Issuance of a Summons
[  ]    Other

Signature of Judicial Officer

02/14/2019

Date