PROB 12C
(6/16)

Report Date: March 20, 2019

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 20, 2019

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Thomas Jim Shippentower     Case Number: 0980 2:17CR00047-SAB-1

Address of Offender:     Pullman, Washington 99163

Name of Sentencing Judicial Officer: The Honorable Stanley A. Bastian, U.S. District Judge

Date of Original Sentence: September 14, 2017

Original Offense:     Failure to Register as a Sex Offender, 18 U.S.C. § 2250(a)

Original Sentence:     Prison - 24 months     Type of Supervision: Supervised Release
                       TSR - 60 months

Asst. U.S. Attorney:    Patrick Cashman     Date Supervision Commenced: January 31, 2019

Defense Attorney:     John Stephen Roberts, Jr.     Date Supervision Expires: January 30, 2024

## PETITIONING THE COURT

To issue a **SUMMONS** and incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 02/14/2019.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Mandatory Condition # 1**: You must not commit another federal, state or local crime.<br><br>**Supporting Evidence**: On March 19, 2019, Thomas Shippentower was charged in U.S. District Court, Eastern District of Washington, with Failure to Register as a Sex Offender, in violation of 18 U.S.C. § 2250(a), beginning on or about February 9, 2019, and continuing until on or about March 5, 2019.<br><br>On February 11, 2019, the undersigned officer spoke with Mr. Shippentower. He stated that he and his girlfriend had gotten into a fight and he was going to move in with his brother in Toppenish, Washington. Mr. Shippentower stated he would register the new address with the Yakima County Sheriff's Office and report in person to the U.S. Probation Office in Yakima.<br><br>Thomas Shippentower failed to report any changes in address to the undersigned officer. Numerous attempts to contact the offender went unreturned. The undersigned officer verified with the Whitman County Sheriff's Office that Mr. Shippentower had not registered a new address in Yakima County as of February 14, 2019. |

On January 31, 2019, Thomas Shippentower signed his judgment for case number 2:17CR00047-SAB-1, indicating he understood all conditions ordered by the Court. Specifically, Mr. Shippentower was made aware by his U.S. probation officer that he must obey all laws.

5    **Mandatory Condition # 5**: You must comply with the requirements of the Sex Offender Registration and Notification Act (42 U.S.C. § 16901, et seq.) As directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in which you reside, work, are a student, or were convicted of a qualifying offense.

**Supporting Evidence**: Thomas Shippentower failed to register as a sex offender, in violation of RCW 9A.44.130, beginning on or about February 9, 2019, and continuing until on or about March 5, 2019.

On February 11, 2019, the undersigned officer spoke with Mr. Shippentower. He stated that he and his girlfriend had gotten into a fight and he was going to move in with his brother in Toppenish, Washington. Mr. Shippentower stated he would register the new address with the Yakima County Sheriff's Office and report in person to the U.S. Probation Office in Yakima.

Thomas Shippentower failed to report any changes in address to the undersigned officer. Numerous attempts to contact the offender went unreturned. The undersigned officer verified with the Whitman County Sheriff's Office that Mr. Shippentower had not registered a new address in Yakima County as of February 14, 2019, more than the required 3 business days in the State of Washington.

On January 31, 2019, Thomas Shippentower signed his judgment for case number 2:17CR00047-SAB-1, indicating he understood all conditions ordered by the Court. Specifically, Mr. Shippentower was made aware by his U.S. probation officer that he must register his address within 3 business days of any change of residence.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   3/20/2019

s/Patrick J. Dennis

Patrick J. Dennis
U.S. Probation Officer

Prob12C
**Re: Shippentower, Thomas Jim**
**March 20, 2019**
**Page 3**

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

*/s/ Stanley A. Bastian*
Signature of Judicial Officer
3/20/2019
Date